**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Renaldo Hamm,           :

   Plaintiff,

                                        :     Case No. 2:19cv-3643

   -vs-                                    Judge Sarah D. Morrison
                                                  Magistrate Judge Deavers

Deputy Dede, 1484,

                                        :

   Defendant.

**ORDER**

This matter is before the Court upon consideration of a Report and Recommendation (R&R) issued by the Magistrate Judge on **January 24, 2020**. (ECF No. 17). In that filing, the Magistrate Judge recommended that Plaintiff Renaldo Hamm's action be dismissed without prejudice for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m). The time for filing objections has passed, and no objections have been filed. For the reasons set forth in the R&R, the Court hereby **ADOPTS** the R&R (ECF No. 17) and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                                   /s/ Sarah D. Morrison
                                               **SARAH D. MORRISON
                                               UNITED STATES DISTRICT JUDGE**